IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16, NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., | No. C-08-05178 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| PHILLIP A YANEZ, individually and dba KARPET-CARVERS, | |
| Defendants. / | |

Upon the Notice of Automatic Stay Under 11 U.S.C. § 362 filed by the parties and GOOD CAUSE APPEARING THEREFOR:

There appears to be no further reason at this time to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered

**IT IS SO ORDERED.**

Dated: March 25, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE