Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PHILLIP A. YANEZ, Individually and dba KARPET-CARVERS, <br><br> Defendant. | Case No.: C08-5178 CRB <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., voluntarily dismiss their claim against Defendant PHILLIP A. YANEZ, individually and *dba* KARPET-CARVERS.  Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

On March 19, 2009, Plaintiffs filed their Notice of Automatic Stay due to Defendant's bankruptcy filing.  Defendant was recently discharged on June 9, 2009.

/ / /

/ / /

1  I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
2  entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 25th day of June, 2009, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By:_____/s/_____
   Muriel B. Kaplan
   Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed and the Court shall retain jurisdiction over this matter.

Date:_ June 30, 2009 ____    _____
                              THE HONORABLE CHARLES R. BREYER
                              UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer (seal, United States District Court, Northern District of California)*

-2-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C08-5178 CRB

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 25, 2009, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Phillip A. Yanez, individually and dba Karpet-Carvers**<br>**1932 Deodar Avenue**<br>**Antioch, California 94509** | **Steven L. Jacobs, Esq.**<br>**Law Offices of Steven L. Jacobs**<br>**14895 E 14th Street, #390**<br>**San Leandro, CA 94578** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 25th day of June, 2009, at San Francisco, California.

_____/s/_____
Qui X. Lu

-1-
**PROOF OF SERVICE**
**Case No.: C08-5178 CRB**

P:\CLIENTS\FLRCL\Karpet Carvers\Pleadings\C08-5178 CRB - Notice of Voluntary Dismissal 062509.doc